**Harry A. Abbott, appellee, v. Lincoln Avenue Motor Sales Company, appellant. Gen. No. 28,917.**

Suit for negligence, leading to theft of automobile. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Af-

firmed. Opinion filed April 14, 1924. *Certiorari* denied by Supreme Court (making opinion final).

John A. Bloomingston, for appellant. Miller, Gorham, Wales & Noxon, for appellee.

Mr. Justice McSurely delivered the opinion of the court.